**No. 61100.**—Leading Forwarders, Inc. *v.* United States, protests 264351–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the item of merchandise described as No. 6034 consists of artificial flowers, not wholly or in chief value of beads, bugles, bullions, filaments, lame, metal threads, rayon or other synthetic textiles, spangles, threads, tinsel wire or yarns, the claim of the plaintiff was sustained as to said item.